IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENCHANTEDMOB, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEIMANNI, et al., <br><br> Defendants. | Case No. 22-cv-02095 <br><br> **Judge Jorge L. Alonso** <br><br> **Magistrate Judge Beth W. Jantz** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff EnchantedMob, Inc. ("Plaintiff") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| xinghewang | 7 |
| Wilson Uncle | 22 |
| Ditip | 24 |
| HOMESUN | 27 |
| HOMEQIN | 39 |
| Umedo US | 41 |
| Amber's Home | 69 |
| MF 09 Dropshipping Store | 71 |
| QiYangQi Store | 100 |
| MF-ZZ Dropshipping Store | 101 |
| MF 08 Dropshipping Store | 104 |
| MF-XXZZ Store | 106 |
| MF 02 Toy Store | 109 |
| fmtor-parts | 121 |
| liannakeji-a | 140 |
| mychannelstore | 147 |
| Guangzhou Yimeihua Boutique Co., Ltd | 161 |
| guangzhoushiyibenfumaoyiyouxian | 166 |

| | |
|---|---|
| gongsi | |
| Anime Family K | 182 |

Dated this 6th day of July 2022.

Respectfully submitted,

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
khalpern@gbc.law

*Counsel for Plaintiff EnchantedMob, Inc.*