UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENCHANTEDMOB, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>WEIMANNI, et al.,<br><br>        Defendants. | Case No. 22-cv-02095<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Beth W. Jantz** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff EnchantedMob, Inc. ("Plaintiff") against the fully interactive e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the Seller Aliases, with the exception of defendants Shanghai Huasha Business Consultancy Co., ltd., and Venkuber, (collectively, the "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

The Court finds that it has personal jurisdiction over the Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products bearing infringing and unauthorized copies of the Poppy Playtime Copyrighted Designs (U.S. Copyright Registration Nos. VA0002288105, VA0002293330, VA0002294398, and VA0002295039) to residents of Illinois (such products collectively referred to herein as the "Unauthorized Poppy Playtime Products").

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

Accordingly, the Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

The Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Poppy Playtime Copyrighted Designs in any manner without the express authorization of Plaintiff;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Poppy Playtime product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the Poppy Playtime Copyrighted Designs;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, or returning products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear the Poppy Playtime Copyrighted Designs.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), DHgate, Walmart Inc. ("Walmart"), and ContextLogic Inc. d/b/a Wish.com ("Wish.com") (collectively, the "Third Party Providers") shall, within seven (7) calendar days of receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in

connection with the sale of infringing goods which bear the Poppy Playtime Copyrighted Designs.

3. Pursuant to 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Poppy Playtime Copyrighted Designs.

4. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

5. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, Walmart, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

6. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

7. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Zach Belanger and any e-mail addresses provided for Defaulting Defendants by third parties.

8. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any defendant.

This is a Default Judgment.

DATED: July 12, 2022

_____
Jorge L. Alonso
United States District Judge

EnchantedMob, Inc. v. WEIMANNI, et al. - Case No. 22-cv-2095

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | amazon.com/sp?seller=AFZ95VENYJRI8 | WEIMANNI |
| 2 | amazon.com/sp?seller=AG0ZENU3A69TN | costoe |
| 3 | amazon.com/sp?seller=AGAOWHT2P4TF3 | LLNMG |
| 4 | amazon.com/sp?seller=AGD6TH80DWYL5 | lichengquxinzilai baihuodian |
| 5 | amazon.com/sp?seller=AGEF8HW1FLKRK | kunmingbanpizedianzishangwuyouxianzerengongsi |
| 6 | amazon.com/sp?seller=AGKRMOPKRRGIV | Creat ivity |
| 7 | DISMISSED | DISMISSED |
| 8 | amazon.com/sp?seller=AGZEYJJT41CF1 | JOGHW |
| 9 | amazon.com/sp?seller=AHRTP2THTEHF5 | Fnayol |
| 10 | amazon.com/sp?seller=AHU9QS04Y5TUY | heilinzhen1 |
| 11 | amazon.com/sp?seller=AIAP7GBN5XXUT | drzgxdfvjnkjdzgvkjbdvhjbxdgkjvbhj |
| 12 | amazon.com/sp?seller=AIF881U1EFRXQ | Beatseller |
| 13 | | |
| 14 | | |
| 15 | amazon.com/sp?seller=AIXEALWNWL6OW | RENHONGI |
| 16 | amazon.com/sp?seller=AJ24HWD0WMXDY | JUNXIN Shoe Decoration |
| 17 | amazon.com/sp?seller=AJ2D0GOHRC11P | MAXLOER |
| 18 | amazon.com/sp?seller=AJDXSANKA02P8 | KANGLL |
| 19 | amazon.com/sp?seller=AJI68B2YJA9Y1 | G0080XDLUCKY |
| 20 | amazon.com/sp?seller=AJO4G52GJCMV1 | Christmas Room2022 |
| 21 | amazon.com/sp?seller=AK5INE3Z56WCR | Pro-Street |
| 22 | DISMISSED | DISMISSED |
| 23 | amazon.com/sp?seller=AK7LMVEFGC6XT | -xiaojiejiariyongpin |
| 24 | DISMISSED | DISMISSED |
| 25 | amazon.com/sp?seller=AKOXIYF4VGRYU | Droeong Official |
| 26 | amazon.com/sp?seller=AKR3O49VJ7FNP | HaiKouYeYiKeJi |
| 27 | DISMISSED | DISMISSED |
| 28 | amazon.com/sp?seller=ALH2MN56CQS6J | Goodies to share |
| 29 | amazon.com/sp?seller=ALQW43MORVG8E | newhui |
| 30 | amazon.com/sp?seller=ALY48XK3G4BZR | yushenzhou |
| 31 | amazon.com/sp?seller=AMEZ2T8YE0MZ | ameaningfulstore |
| 32 | amazon.com/sp?seller=AMN7K3BS30SYN | LZM-US |
| 33 | amazon.com/sp?seller=AMPF1ZBMLH5FH | AMPF1ZBMLH5FH |

| | | |
|---|---|---|
| 34 | DISMISSED | DISMISSED |
| 35 | amazon.com/sp?seller=AOZ9GRT03DN2U | XIN HE KANG |
| 36 | amazon.com/sp?seller=AP63GMKEY65B | SkyFul-US |
| 37 | amazon.com/sp?seller=APF9QL7ZPTA53 | zhengzhougehang |
| 38 | DISMISSED | DISMISSED |
| 39 | DISMISSED | DISMISSED |
| 40 | amazon.com/sp?seller=AQ7BF3DWC5DUM | XiaohuangDepartmentStore |
| 41 | DISMISSED | DISMISSED |
| 42 | amazon.com/sp?seller=AQYTMT8L5ALSI | Hefei kongmou Trading Co., Lod |
| 43 | amazon.com/sp?seller=AR4V63VAWWQYE | new broad |
| 44 | amazon.com/sp?seller=ARB8OCTGWLGEF | yangbaiying |
| 45 | amazon.com/sp?seller=ARF6M4G9XL0LW | Hot Basir |
| 46 | DISMISSED | DISMISSED |
| 47 | amazon.com/sp?seller=AT3LQI84RJ7RK | yinge258 |
| 48 | amazon.com/sp?seller=AT7847Q8MSYNP | longnose |
| 49 | amazon.com/sp?seller=ATMLIODIK4R7F | Hansstudio |
| 50 | DISMISSED | DISMISSED |
| 51 | amazon.com/sp?seller=AU2W1MDWBLBQZ | wawastroe |
| 52 | amazon.com/sp?seller=AUHCHH9VCZWI1 | Changwei |
| 53 | amazon.com/sp?seller=AUI4X6BSHZ1H1 | WFHSDZ |
| 54 | amazon.com/sp?seller=AUL4SGGUSMZS5 | xiangdongqujunjunbaihuodian |
| 55 | amazon.com/sp?seller=AUY2JBLT4OWBP | xinBMPL |
| 56 | amazon.com/sp?seller=AVCEMPOFCIBO | wrigcddy |
| 57 | DISMISSED | DISMISSED |
| 58 | amazon.com/sp?seller=AW2JHACP87KCI | sfgdfddgh16 |
| 59 | amazon.com/sp?seller=AWF98PUISBKTU | lengtemaoyi |
| 60 | amazon.com/sp?seller=AWM6V0GIBVKWB | RAMARA |
| 61 | amazon.com/sp?seller=AX12DPAH2KGTI | WarmWind Gallery |
| 62 | amazon.com/sp?seller=AX5MKAUTFEPQ1 | BWOWH |
| 63 | amazon.com/sp?seller=AX86PBVOLF54J | Flyverson |
| 64 | amazon.com/sp?seller=AXP8G85U3U1S2 | ZhuPhongkj |
| 65 | amazon.com/sp?seller=AXTRK0M5K7V84 | afafsafqwqeq |
| 66 | amazon.com/sp?seller=AXVECBZKNJ6VH | thakpayssen |
| 67 | amazon.com/sp?seller=AYGGXWWBH4JAZ | Duan Liting |
| 68 | amazon.com/sp?seller=AYN8BQC1FXLYM | What's Happy Planet |
| 69 | DISMISSED | DISMISSED |
| 70 | amazon.com/sp?seller=AZ6K5JXB8ZAIT | GGUKLL |
| 71 | DISMISSED | DISMISSED |
| 72 | aliexpress.com/store/1100084149 | Shop1100084149 Store |
| 73 | aliexpress.com/store/1100105021 | AA Very Good Store |
| 74 | aliexpress.com/store/1100176516 | Shop1100176516 Store |

| 75 | aliexpress.com/store/1100182135 | Evening breeze Store |
|---|---|---|
| 76 | aliexpress.com/store/1100188002 | PollyDragon Store |
| 77 | aliexpress.com/store/1100227548 | Shop1100227548 Store |
| 78 | aliexpress.com/store/1100227642 | Shop1100227642 Store |
| 79 | aliexpress.com/store/1100237110 | Shop1100237110 Store |
| 80 | aliexpress.com/store/1264023 | Shop1264023 Store |
| 81 | aliexpress.com/store/3363030 | AAhappy Store |
| 82 | aliexpress.com/store/342746 | Shop342746 Store |
| 83 | aliexpress.com/store/4466014 | Roblox Store |
| 84 | aliexpress.com/store/5063121 | Dropshipping Montessori Store |
| 85 | aliexpress.com/store/5524046 | Squeeze Toy Store |
| 86 | aliexpress.com/store/5585173 | Naughty Girl Store |
| 87 | aliexpress.com/store/5589073 | Shop5589073 Store |
| 88 | aliexpress.com/store/5599177 | Shenim Store |
| 89 | aliexpress.com/store/910341092 | POP Fidget Toy Store Store |
| 90 | aliexpress.com/store/911121020 | Oriental Apricot Toy Store |
| 91 | aliexpress.com/store/911254116 | XZCAI Drop Shipping Exclusive Store |
| 92 | aliexpress.com/store/911605158 | Fidget Toy Factory Store |
| 93 | aliexpress.com/store/911758161 | HGX-Dropshipping Store |
| 94 | aliexpress.com/store/911778125 | Ali Toy Dropshipping Store |
| 95 | aliexpress.com/store/911805165 | WJYJR Store |
| 96 | aliexpress.com/store/912035114 | DropShipping Toys Store |
| 97 | aliexpress.com/store/912100026 | HY YunDong Store |
| 98 | aliexpress.com/store/912179048 | Jun Peng 1985 Store |
| 99 | aliexpress.com/store/912245069 | Yoodragons Toy Store |
| 100 | DISMISSED | DISMISSED |
| 101 | DISMISSED | DISMISSED |
| 102 | aliexpress.com/store/912624434 | Shop912624434 Store |
| 103 | aliexpress.com/store/912626185 | Shop912626185 Store |
| 104 | DISMISSED | DISMISSED |
| 105 | aliexpress.com/store/912643150 | Quality Dropshipping Store |
| 106 | DISMISSED | DISMISSED |
| 107 | aliexpress.com/store/912683033 | Zhongze Store |
| 108 | aliexpress.com/store/912684659 | PlushGameToy Store |
| 109 | DISMISSED | DISMISSED |
| 110 | ebay.com/usr/afdvgsd | afdvgsd |
| 111 | DISMISSED | DISMISSED |
| 112 | ebay.com/usr/automax-obd | automax-obd |
| 113 | ebay.com/usr/beat_official_store | beat_official_store |
| 114 | ebay.com/usr/bhrfgnfg | bhrfgnfg |
| 115 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 116 | ebay.com/usr/brave-win | brave-win |
| 117 | ebay.com/usr/bsd-foam | bsd-foam |
| 118 | ebay.com/usr/ciay3840 | ciay3840 |
| 119 | DISMISSED | DISMISSED |
| 120 | ebay.com/usr/duanchan-83 | duanchan-83 |
| 121 | DISMISSED | DISMISSED |
| 122 | DISMISSED | DISMISSED |
| 123 | ebay.com/usr/free0527 | free0527 |
| 124 | ebay.com/usr/frsbigseller | frsbigseller |
| 125 | ebay.com/usr/gongqi22 | gongqi22 |
| 126 | ebay.com/usr/haikouleipengzhixins0 | haikouleipengzhixins0 |
| 127 | DISMISSED | DISMISSED |
| 128 | DISMISSED | DISMISSED |
| 129 | ebay.com/usr/henzostores | henzostores |
| 130 | ebay.com/usr/henzostorie | henzostorie |
| 131 | ebay.com/usr/herihere | herihere |
| 132 | ebay.com/usr/hkbjy_5 | hkbjy_5 |
| 133 | ebay.com/usr/hoho-wu | hoho-wu |
| 134 | ebay.com/usr/huayutangmaoyiyouxiangongsi | huayutangmaoyiyouxiangongsi |
| 135 | ebay.com/usr/idobest20212018 | idobest20212018 |
| 136 | DISMISSED | DISMISSED |
| 137 | DISMISSED | DISMISSED |
| 138 | ebay.com/usr/kmh_store | kmh_store |
| 139 | DISMISSED | DISMISSED |
| 140 | DISMISSED | DISMISSED |
| 141 | ebay.com/usr/lipei2058 | lipei2058 |
| 142 | DISMISSED | DISMISSED |
| 143 | DISMISSED | DISMISSED |
| 144 | DISMISSED | DISMISSED |
| 145 | ebay.com/usr/mengdaoshangmao | mengdaoshangmao |
| 146 | ebay.com/usr/msig2133 | msig2133 |
| 147 | DISMISSED | DISMISSED |
| 148 | ebay.com/usr/ping.g | ping.g |
| 149 | ebay.com/usr/pouchuoshangmaoyouxiangongsi | pouchuoshangmaoyouxiangongsi |
| 150 | ebay.com/usr/qingtianshujingfu | qingtianshujingfu |
| 151 | DISMISSED | DISMISSED |
| 152 | ebay.com/usr/safsvsvvs | safsvsvvs |
| 153 | DISMISSED | DISMISSED |
| 154 | ebay.com/usr/shuqingshangmao | shuqingshangmao |
| 155 | ebay.com/usr/sportedsnakess | sportedsnakess |

| | | |
|---|---|---|
| 156 | ebay.com/usr/violentbattery | violentbattery |
| 157 | ebay.com/usr/wenday-boday | wenday-boday |
| 158 | ebay.com/usr/wengan_52 | wengan_52 |
| 159 | ebay.com/usr/yangyang0523 | yangyang0523 |
| 160 | DISMISSED | DISMISSED |
| 161 | DISMISSED | DISMISSED |
| 162 | EXCEPTED | EXCEPTED |
| 163 | walmart.com/seller/101095528 | Lovehome Electronics LLC. |
| 164 | walmart.com/seller/101097172 | dongguanshichunshuwangluokejiyouxiangongsi |
| 165 | walmart.com/seller/101115753 | Duke Haydn.US |
| 166 | DISMISSED | DISMISSED |
| 167 | EXCEPTED | EXCEPTED |
| 168 | wish.com/merchant/55881b8b55f4d73f8b1c2578 | Sunshine E-commerce Co., Ltd |
| 169 | wish.com/merchant/577a35d57f1b50747a864976 | yingyingclothing |
| 170 | wish.com/merchant/57cfdec180e2851f962544fc | TCC limit |
| 171 | wish.com/merchant/57e26000c2946a2d711f40ff | Geven$GOGOGO |
| 172 | wish.com/merchant/58b3cd0b1cd1a950e5ada648 | djdj |
| 173 | wish.com/merchant/595a794f2ca73170e01c4d03 | dianshangguodu |
| 174 | wish.com/merchant/5a2a090087c25b2a3ee06d1b | kaimonostore |
| 175 | wish.com/merchant/5d3d27d08388977dc80cff1c | Chentingting Store |
| 176 | DISMISSED | DISMISSED |
| 177 | wish.com/merchant/5d4c319e1d9a8e3b709a5e82 | han xiang yang mr |
| 178 | wish.com/merchant/5d4c3804933fb153b9214788 | hu ming mr |
| 179 | wish.com/merchant/5d4d51f58388976673e6b6a2 | BigBait |
| 180 | wish.com/merchant/5d553d3ca7c37351dc4dd1d9 | yangguang8store |
| 181 | wish.com/merchant/5d6336c13c7aaf3bb6a2c558 | Sunfujinde |

| | | |
|---|---|---|
| 182 | DISMISSED | DISMISSED |
| 183 | wish.com/merchant/5e4e6b820c3e797a3cbfd044 | haozongdian |
| 184 | wish.com/merchant/5e6a18f648635a2aa824c653 | Churuya Online |
| 185 | wish.com/merchant/5e7c31e51aa7b93797266595 | WopingluduinRz |
| 186 | wish.com/merchant/5e8f07d624067d9f36df43f7 | PotunfeiyigP |
| 187 | wish.com/merchant/5e99686e371bc474a80c4225 | jeremy courtneyo |
| 188 | wish.com/merchant/5e9bd6c2f5b57c324114245d | Beverly L Roberts |
| 189 | wish.com/merchant/5e9d3c472405fbcad3c4a851 | Randall W Roundtree |
| 190 | wish.com/merchant/5ed877d50e44c052a906772d | jtwangchun |
| 191 | wish.com/merchant/5f3110b7a3f2d716141017fe | Yinghongfei |
| 192 | wish.com/merchant/5f4e1e05e7488c060fe0722e | Shuaikelingmeng |
| 193 | wish.com/merchant/5f5770b5de2080cbbd95d708 | MAR FASHION |
| 194 | wish.com/merchant/5f6dea6f8dfe119d59f2f891 | cyt42 |
| 195 | wish.com/merchant/5f7b408ad359e0ce7069dfeb | KA-KAL |
| 196 | wish.com/merchant/5f7d23745dcc981759a06c4f | Geraea |
| 197 | wish.com/merchant/5f803ca1f3c0d5066971ab56 | boulangerre |
| 198 | wish.com/merchant/5f83a4934392de0e744e877b | Kylek |
| 199 | wish.com/merchant/5fdadb8aaae4ca3cb3d4eeb2 | mafeiyang4635 |
| 200 | wish.com/merchant/601f933282d84d0049ce1bed | wsf777666 |
| 201 | wish.com/merchant/605d6af3ab589c4ce1727432 | yangwenhuan9527 |
| 202 | wish.com/merchant/6061b5eadbd9720600f64f42 | magickbaby |
| 203 | wish.com/merchant/60980dbe0e66bdb4e8a4b16f | 5th varieties |
| 204 | wish.com/merchant/60b049cadb59e70bb664d264 | Panda plush DIY |

| 205 | wish.com/merchant/60b2677f809e8b7067357c87 | CoolCube |
|---|---|---|
| 206 | wish.com/merchant/60c0688f610a4b0cc6c4f5fa | LYB offical Store |
| 207 | wish.com/merchant/60f059ba8557d0dee948e571 | AWY ONDO VALLEY |
| 208 | wish.com/merchant/6108ef76d3f0ad2934eed9d7 | qinziqi4265 |
| 209 | wish.com/merchant/613669cb1ab33e44b66ab681 | Maker Department store |
| 210 | wish.com/merchant/615281bd9d926eb617f55594 | tengkangjuan2134 |
| 211 | wish.com/merchant/61835640dc4eb222a8a28fbf | kihmuf wdoehstu |
| 212 | wish.com/merchant/6183c52ac8d485e58617dd1d | And pray that every day |
| 213 | wish.com/merchant/619dec916b4d699ccc6234f2 | liupingping3102 |
| 214 | wish.com/merchant/61b1cfde8ced6ac500357ffc | liangjunhui3465 |
| 215 | wish.com/merchant/61b2fd1a67de4899657bcaaa | liyuzhao4184 |
| 216 | wish.com/merchant/61f77237a016582c435d4566 | yooyo toy |