# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

EnchantedMob, Inc.

                        Plaintiff,

v.

                        Case No.: 1:22−cv−02095

                        Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 24, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff'sMotion to withdraw as counsel [55] is granted. Attorney Isaku Begert is given leave to withdraw as counsel for Plaintiff. Motion hearing date of 8/31/22 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.